UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA YAMAN, on behalf of herself and minors KY and EY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>HILLARY R. CLINTON, in her capacity as Secretary of the Department of State, and her successors,<br><br>BRENDA S. SPRAGUE, in her capacity as Deputy Assistant Secretary for Passport Services, and her successors<br><br>*Defendants.* | Civil Action No. _____ |

## MOTION TO USE DIFFERENT ADDRESS

Plaintiff Linda Yaman, on behalf of herself and minors KY and EY (together "Plaintiffs") by and through undersigned counsel, hereby move the Court for leave to use a non-residential address in the caption of their Complaint, filed concurrently herewith. Plaintiffs are indigent and have only just entered the United States, and have no permanent residential address at this time. Plaintiffs ask the Court for leave to use counsel's address in place of a residential address in the caption of their Complaint. Plaintiffs will inform the Court and update all information as soon as they have established a permanent residential address.

Respectfully submitted:

BINGHAM McCUTCHEN LLP

By: _____
Randall M. Levine, Esq. Bar No. 982699
(pursuant to L. Civ. R. 83.2(g))
2020 K Street NW
Washington, DC 20006-1806
202-373-6000 (telephone)
202-373-6001 (facsimile)
randall.levine@bingham.com


Beth I. Z. Boland, Esq.
David W. Penn, Esq.
Lisa E. Kirby, Esq.
Elizabeth M. Sartori, Esq.
Emily E. Renshaw, Esq.
One Federal Street
Boston, MA 02110-1726
617-951-8000 (telephone)
617-951-8736 (facsimile)
beth.boland@bingham.com
david.penn@bingham.com
lisa.kirby@bingham.com
elizabeth.sartori@bingham.com
emily.renshaw@bingham.com

May 14, 2010                          Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA YAMAN, on behalf of herself and minors KY and EY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>HILLARY R. CLINTON, in her capacity as Secretary of the Department of State, and her successors,<br><br>BRENDA S. SPRAGUE, in her capacity as Deputy Assistant Secretary for Passport Services, and her successors<br><br>*Defendants.* | Civil Action No. _____ |

## ORDER

Upon consideration of Plaintiffs Motion for Leave to Use Different Address, [the Opposition thereto,] and for good cause shown, Plaintiffs' Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiffs are given leave to use counsel's address in place of their permanent residential address, until such time as Plaintiffs have established a permanent residential address in the United states.

**SO ORDERED**, this _____ day of _____, 2010.

_____

United States District Judge