

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA YAMAN, on behalf of herself and minors KY and EY<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>HILLARY R. CLINTON, in her capacity as Secretary of the Department of State, and her successors,<br><br>BRENDA S. SPRAGUE, in her capacity as Deputy Assistant Secretary for Passport Services, and her successors<br><br>*Defendants.* | 10 0818<br>Civil Action No. _____ |

## ORDER

Upon consideration of Plaintiffs Motion for Leave to Use Different Address, [the Opposition thereto,] and for good cause shown, Plaintiffs' Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED THAT** Plaintiffs are given leave to use counsel's address in place of their permanent residential address, until such time as Plaintiffs have established a permanent residential address in the United states.

**SO ORDERED**, this \_\_17th\_\_ day of \_\_May\_\_, 2010.

_/s/ Royce C. Lamberth_
United States District Judge