**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LINDA YAMAN, on behalf of herself and minors KY and EY, ) ) ) ) *Plaintiff*, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF STATE, *et al.*, ) ) *Defendants*. ) ) ) | Civil Action No. 1:10-cv-818-JDB<br><br>Judge John D. Bates |

**MOTION FOR LEAVE TO FILE NOTICE OF ADDRESS UNDER SEAL AND**
***EX PARTE*, AND FOR LEAVE TO FILE PORTIONS OF MOTION UNDER SEAL**

Pursuant to Local Rule 5.1(j) Plaintiff Linda Yaman, by her undersigned attorneys, respectfully moves the Court for leave to file under seal and *ex parte* the Notice of Change of Address filed concurrently herewith. Ms. Yaman respectfully further moves the Court for leave to file under seal portions of the Memorandum in Support of Motion for Leave to File Notice of Address Under Seal and *Ex Parte* and to File Portions of Motion Under Seal ("Memorandum of Law") as well as all five exhibits (Exhibits A through E) attached to the related Declaration of Beth I.Z. Boland, Esq. ("Declaration").

Per this Court's March 2, 2011 order (Dkt. # 49), Ms. Yaman filed a Notice of Change of Address ("Notice"), which includes her current residential address. Given that (a) there is substantial and compelling evidence that Ms. Yaman's ex-husband has sexually abused one or both minor daughters, and (b) the Department of State has indicated its intention to provide Ms. Yaman's current address to the Turkish Central Authority—and, by extension, to Mr. Yaman—it

is crucial that the Notice be filed under seal and *ex parte* for the safety and security of the minor children.

In support of this Motion, Ms. Yaman is filing concurrently herewith the Memorandum of Law and Declaration of Beth I.Z. Boland, Esq. Ms. Yaman also moves to file under seal portions of the Memorandum of Law and all five exhibits (Exhibits A through E) attached to the Declaration of Beth I.Z. Boland ("Exhibits"). Both the Memorandum of Law and the Exhibits contain highly sensitive information that relates to the sexual abuse of a minor, including detailed psychological evaluations of a minor. The public dissemination of this information would be detrimental to Ms. Yaman, her minor daughters, and other involved persons. Additionally, both the Memorandum of Law and Exhibit A to the Declaration contain excerpts of the transcript of the December 14, 2009 adjudicatory hearing (the "Hearing") regarding Ms. Yaman's appeal of the Department of State's initial denial of her application for United States Passports. The transcript of the Hearing is an official record of the proceeding which is confidential and may only be disclosed with written permission by Ms. Yaman. *See* 5 U.S.C. § 552a(d); 22 C.F.R. §§ 51.72, 51.73.

WHEREFORE, Ms. Yaman respectfully requests that the Court grant leave to (1) file Ms. Yaman's Notice of Change of Address under seal and *ex parte* and (2) file under seal portions of the memorandum in support of the Motion, as well as Exhibits A, B, C, D, and E to the attached Declaration of Beth I.Z. Boland, Esq.

Respectfully submitted,

BINGHAM McCUTCHEN LLP

By: */s/ Elizabeth M. Sartori*
    Beth I. Z. Boland, Esq.
    Lisa E. Kirby, Esq.
    Elizabeth M. Sartori, Esq.
    Emily E. Renshaw, Esq.
    BINGHAM MCCUTCHEN LLP
    One Federal Street
    Boston, MA  02110-1726
    617-951-8000 (telephone)
    617-951-8736 (facsimile)
    beth.boland@bingham.com
    lisa.kirby@bingham.com
    elizabeth.sartori@bingham.com
    emily.renshaw@bingham.com

    Randall M. Levine, Esq.
    2020 K Street NW
    Washington, DC  20006-1806
    202-373-6000 (telephone)
    202-373-6001 (facsimile)
    randall.levine@bingham.com

    Attorneys for Linda Yaman

Dated: March 4, 2011

## **CERTIFICATE OF SERVICE**

  I, Elizabeth M. Sartori, hereby certify that a true and correct copy of the foregoing was filed through the ECF System and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 4, 2011.

              */s/ Elizabeth M. Sartori*
               Elizabeth M. Sartori